**ORIGINAL**

# United States Court of Federal Claims

No. 14-409 C
November 20, 2014

**FILED**
NOV 2 0 2014
U.S. COURT OF
FEDERAL CLAIMS

**PERCY ALLEN WILLIAMS JR.,**

*Plaintiff,*

v.

**UNITED STATES OF AMERICA,**

*Defendant.*

### ORDER DISMISSING CASE

On May 15, 2014, plaintiff, proceeding *pro se*, filed a complaint in this court alleging copyright violation and breach of contract claims in connection with the actions of four employees of a North Carolina state correctional institution and demanding $2,040,000 in damages. On July 3, 2014, defendant filed a motion to dismiss for lack of subject matter jurisdiction and failure to state a claim, pursuant to the Rules of the Court of Federal Claims 12(b)(1) and 12(b)(6), on the basis that plaintiff's claims relate to the actions of North Carolina state employees and not employees of the federal government.

These allegations do not give rise to any cause of action over which this court has subject matter jurisdiction. *See* U.S.C. §§ 1346, 1391. Accordingly, defendant's MOTION to dismiss is GRANTED. The Clerk is hereby directed to take the necessary steps to dismiss this matter.

**IT IS SO ORDERED.**

Lawrence J. Block
Judge